DANA R. BLALOCK, TRUSTEE FOR
DANA RAERYL BLALOCK REVOCABLE
TRUST,

      *Plaintiff,*

v.

NATIONSTAR MORTGAGE LLC D/B/A
MR. COOPER,

      *Defendant.*

Case No. 3:26-cv-214

## <u>NOTICE OF REMOVAL</u>

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper")[1] hereby removes the above-captioned case, currently pending in the General Court of Justice, Superior Court Division of Iredell County, North Carolina as Docket No. 26CV000794-480, to the United States District Court for the Western District of North Carolina, Statesville Division.  In support of removal, Mr. Cooper states the following:

## I.      BACKGROUND

1.      On or about February 6, 2026, Dana Blalock, as Trustee for Dana Raeryl Blalock Revocable Trust ("Plaintiff"), filed a complaint ("Complaint") captioned *Dana R. Blalock, Trustee for Dana Raeryl Blalock Revocable Trust v. Nationstar Mortgage LLC d/b/a Mr. Cooper*, Case No. 26CV000794-480, in the General Court of Justice, Superior Court Division of Iredell County,

---

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

North Carolina against Mr. Cooper (the "State Court Action").  The Complaint and the state-court filings are attached hereto collectively as **Exhibit A**.

2.       Plaintiff served Mr. Cooper on February 12, 2026, via certified mail.

3.       Plaintiff asserts claims against Mr. Cooper under the Real Estate Settlement Procedures Act ("RESPA"), (12 USC § 2605; 12 CF.R. §§ 1024 *et. seq.*)., and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* in connection with a mortgage loan agreement secured by Plaintiff's residence.  Compl. pp. 11 - 15.  Plaintiff also asserts claims against Mr. Cooper under the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. § 75-1, *et seq.*, and for negligent misrepresentation. Compl. pp. 15 – 19.

## II.       FEDERAL QUESTION JURISDICTION

4.       Removal of this action is proper because the claims asserted by Plaintiff arise under the laws of the United States, specifically alleged violations of RESPA (Count One) and the FDCPA (Count Two).  Compl. pp. 11 - 15.  Based on the presence of claims implicating federal questions, the State Court Action is one over which the district courts of the United States have original jurisdiction under 28 U.S.C. § 1331.

5.       Accordingly, this action may be removed to the United Sates District Court for the Western District of North Carolina, Statesville Division, as the district court of the United States for the district and division embracing the place where such action is pending under 28 U.S.C. §§ 1441 and 1446(a). *See* 28 U.S.C. § 113(c).

6.       Furthermore, as to Plaintiff's state law claims under the North Carolina Unfair and Deceptive Trade Practices Act (Count Three) and negligent misrepresentation (Count Four), this court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because they are so related to the

claims in the action within the federal question jurisdiction such that they form part of the same case or controversy.

### III. MR. COOPER HAS SATISFIED ALL OTHER REQUIREMENTS FOR REMOVAL

7.     <u>Removal is Timely</u>.  This removal is timely under 28 U.S.C. § 1446(b)(1) because Mr. Cooper removed the State Court Action within 30 days of service of the Complaint on Mr. Cooper.  *See* 28 U.S.C. § 1446(b)(1).  Mr. Cooper was served with the Complaint on February 12, 2026.

8.     <u>Removal to Proper Court.</u>  Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is being filed in the United States District Court for the Western District of North Carolina, Statesville Division, which is part of the district and division embracing the place where this action was filed—Iredell County, North Carolina.  *See* 28 U.S.C. § 113(c).

9.     <u>Signature.</u>  This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11, in compliance with 28. U.S.C. § 1446(a).

10.     <u>Pleadings and Process</u>.  Copies of all processes, pleadings, and orders served on Mr. Cooper in the State Court Action are attached as **Exhibit A** hereto, in compliance with 28 U.S.C. § 1446(a).

11.     <u>Notice of Removal to All Adverse Parties.</u>  Attached as **Exhibit B** hereto is a copy of the Notice of Removal to All Adverse Parties, which will be contemporaneously served on Plaintiff, pursuant to 28 U.S.C. § 1446(d).

12.     <u>Notice of Filing of Notice of Removal.</u>  Attached as **Exhibit C** hereto is a copy of the Notice of Filing of Notice of Removal, which will be contemporaneously filed with the Clerk of Court of Mecklenburg County, North Carolina pursuant to 28 U.S.C. § 1446(d).

## IV. MR. COOPER HAS SATISFIED ALL OTHER REQUIREMENTS FOR REMOVAL

13.     Based on the foregoing, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367.  Accordingly, Mr. Cooper respectfully requests the removal of the State Court Action to the United States District Court for the Western District of North Carolina, Charlotte Division pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated: March 16, 2026

*/s/ Hannah Caison*
Hannah Caison
N.C. State Bar No. 59260
Robert W. Grimmett-Norris
N.C. State Bar No. 51615
**MCGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
hcaison@mcguirewoods.com
rgrimmettnorris@mcguirewoods.com

*Counsel for Nationstar Mortgage LLC*

4

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 16, 2026, I caused the foregoing document, and all attachments thereto, to be filed via the Court's CM/ECF system and that additional copies will be served by regular first-class mail and electronic mail to the following:

Dana R. Blalock
236 Links Drive
Statesville, NC 28677
Drblalock59@gmail.com

*Pro Se Plaintiff*

*/s/ Hannah Caison*
Hannah Caison
N.C. State Bar No. 59260
Robert W. Grimmett-Norris
N.C. State Bar No. 51615
**MCGUIREWOODS LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
hcaison@mcguirewoods.com
rgrimmettnorris@mcguirewoods.com

*Counsel for Nationstar Mortgage LLC*

5